UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Metro Produce Distributors, Inc., a Minnesota Corporation, | Civil No. 05-2368 (PAM/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, a Minnesota municipal entity; Anne Stahn, in her individual and official capacity as an employee of the City of Minneapolis; and Julie Casey, in her individual and official capacity as an employee of the City of Minneapolis, | |
| Defendants. | |

This matter is before the Court on Plaintiff's informal request for leave to file a Second Amended Complaint. The Court finds the request for leave will promote justice and comports with Federal Rule of Civil Procedure 15(a). Accordingly, **IT IS HEREBY ORDERED** that Plaintiff may file a Second Amended Complaint by February 23, 2006.

Dated: February 23, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge