UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Metro Produce Distributors, Inc., a Minnesota Corporation, | Civil No. 05-2368 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, a Minnesota municipal entity; Anne Stahn, in her individual and official capacity as an employee of the City of Minneapolis; and Julie Casey, in her individual and official capacity as an employee of the City of Minneapolis, | |
| Defendants. | |

This matter is before the Court on a Stipulation to File a Fourth Amended Complaint. The Scheduling Order in this matter required the parties to file all amended pleadings by May 1, 2006. Nonetheless, Plaintiff filed a Fourth Amended Complaint on July 7, 2006. Despite its untimeliness, Defendants do not object to the filing, and have filed an Answer to the Fourth Amended Complaint. Based on the Stipulation, the Court hereby grants Plaintiff leave to file the Fourth Amended Complaint.

Dated: August 6, 2006

 s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge