UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Metro Produce Distributors, Inc., a Minnesota Corporation, | Civil No. 05-2368 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| City of Minneapolis, a Minnesota municipal entity, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Request to file an Oversized Reply Memorandum of Law.  Under Local Rule 7.1(c), a party may not file a memorandum of law that exceeds 12,000,[1] unless the Court otherwise permits.  Plaintiff contends that it needs 4,000 additional words to address an issue that Defendants raised in their memorandum opposing Plaintiff's Motion for Partial Summary Judgment.  Because the request is reasonable and will not unduly prejudice Defendants, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request to File an Oversized Reply Memorandum of Law (Docket No. 131) is **GRANTED**; and

2. Plaintiff may use a total of 16,000 words in support of its Motion for Partial Summary Judgment.

Dated: December 1, 2006

                                                s/ Paul A. Magnuson
                                                Paul A. Magnuson
                                                United States District Court Judge

---

[1] If a party wants to file both initial and reply memoranda of law, the two memoranda combined must not exceed 12,000 words.  See D. Minn. LR 7.1(c).