# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Metro Produce Distributors, Inc., a Minnesota corporation,**<br><br>            **Plaintiff,**<br><br>vs.<br><br>**City of Minneapolis, a Minnesota municipal entity; Anne Stahn, in her individual and official capacity as an employee of the City of Minneapolis; and Julie Casey, in her individual and official capacity as an employee of the City of Minneapolis; Gary Schiff, in his individual and official capacity as an officer of the City of Minneapolis; and Lori Olson, in her individual and official capacity as an employee of the City of Minneapolis,**<br><br>            **Defendants.** | **COURT FILE NO. 05-CV-02368 PAM/JJG**<br><br><br><br>**ORDER OF DISMISSAL OF ANNE STAHN, JULIE CASEY, GARY SCHIFF, AND LORI OLSON** |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice executed by the attorneys for the parties, all claims against Anne Stahn, Julie Casey, Gary Schiff and Lori Olson individually and in their official capacity are dismissed with prejudice and without costs or disbursements to any party.

Dated: March 16, 2007

s/Paul A. Magnuson  
Paul A. Magnuson  
Judge of United States District Court

1