UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Metro Produce Distributors, Inc., a Minnesota corporation,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**City of Minneapolis, a Minnesota municipal entity; Anne Stahn, in her individual and official capacity as an employee of the City of Minneapolis; and Julie Casey, in her individual and official capacity as an employee of the City of Minneapolis; Gary Schiff, in his individual and official capacity as an officer of the City of Minneapolis; and Lori Olson, in her individual and official capacity as an employee of the City of Minneapolis,**<br><br>**Defendants.** | **COURT FILE NO. 05-CV-02368 PAM/JJG**<br><br><br><br>**ORDER OF DISMISSAL** |

The above-captioned matter, having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement, the Court hereby approves the settlement of the case and orders the case dismissed as to the City of Minneapolis with prejudice and without costs to either party.

SO ORDERED

DATED: MARCH 16, 2007

s/Paul A. Magnuson
Paul A. Magnuson
Judge of United States District Court

1